UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LIFESTYLE LIFT HOLDING, INC., et al.,

                Plaintiffs,    CIVIL CASE NO. 07-14350

v.

                                HONORABLE STEPHEN J. MURPHY, III

MARYLAND PLASTIC SURGERY ASSOCIATES, LLC., et al.,

                Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

Before the Court are the defendants' motion to dismiss for lack of personal jurisdiction and the Report and Recommendation of the Honorable R. Steven Whalen, United States Magistrate Judge. The Magistrate Judge recommends that the Court deny the defendants' motion to dismiss.

No objections to the Report and Recommendation have been filed. Accordingly, the Court does not need to conduct a review and will accept and adopt the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Report and Recommendation [docket entry #9] is **ACCEPTED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the defendants' motion to dismiss [docket entry #5] is **DENIED**.

**SO ORDERED.**

s/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge

Dated: November 5, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 5, 2008, by electronic and/or ordinary mail.

s/Alissa Greer
Case Manager